CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
for Ch'ville
NOV 2 5 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Terry Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 3:04cr00031-4 |
| ) | |
| v. ) | By: Hon. Norman K. Moon |
| ) | United States District Judge |
| NICHOLAS FEGGANS. ) | |
| ) | **2255 FINAL ORDER** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Feggans' § 2255 motion is **DENIED** and this action is **STRICKEN** from the active docket of the court.

Feggans is advised that he may appeal the denial of his motion pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 25th day of November, 2008.

United States District Judge